**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

|  |  |
|---|---|
| **TIMOTHY E. MACK,** | ) Case No. CV 16-5963-GHK(AJW) |
| Petitioner, | ) |
|  | ) **JUDGMENT** |
| v. | ) |
| **WARDEN,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: _8/25/16_____

_____
George H. King
United States District Judge